UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 JUN -4  PM 12: 13

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

JENNIFER R. OVIATT AND MARCO D. CHEYET, AS CONSERVATORS FOR JOAN BAKER,

v

Original Complaint, and Affidavit in Support

DAVID LANCASTER, JOANNE BAKER, and any and all other occupants, Accused

**Arapahoe Case No. 2018CS0176**
**Fed. Case No. _____**

## 19 - CV - 01597

I, David Lancaster and Joanne Baker make the following statement under penalty of perjury under the laws of the State of Colorado. I make the following statement upon my personal knowledge and would be offered by myself at trial.

## INTRODUCTION

This is an action to declare that the Office of Arapahoe County Court has violates the Constitutional and due process rights of David Lancaster and Joanne Baker.  The office of Arapahoe County Court by denying David Lancaster and Joanne Baker a fair trail is ineligible for for Federal funding from the Office of Eric Holder via the Civil Rights Act of 1963.

## PARTIES

David Lancaster and Joanne Baker, at 4320 South Grant St. Englewood, Co 80113

David Lancaster Original Complaint Page 1 of 3

who is a Defendant/Complainant in (**2018CS0176**) and has been denied a fair trail and enforcement of his Constitutional and Civil Rights to a fair trial.

**Arapahoe County Court, 1790 W Littleton Blvd., Littleton, CO 80120**

The Office of U.S. Attorney general, 950 Pennsylvania Ave NW Wash DC 20530-0001, who is charged with enforcing the Civil Rights Act of 1963.

## ALIGATIONS

1.    David Lancaster who is a defendant/Complainant in (2018C50176) has motioned the Office of Arapaho County Court for a fair trail.

2.    The Office of Arapahoe County has denied David Lancaster a fair trail in open court.

3.    By denying David Lancaster a fair trail, the Office of Arapahoe County Court has violated David Lancaster's protected civil rights, and the Office of Arapahoe County Court has violated the Civil Rights Act of 1963.

4.    Deprived David Lancaster and Joanne Baker of the Treaty and Civil Rights.

## JURISDICTION

This Court has jurisdiction over this matter by way of The declaratory Judgments Act an the Administrative Procedures Act Private Attorney General doctrine and a Citizen Attempting to prevent An Unconstitutional Expenditure of Public Funds.

## CAUSE OF ACTION

1963 Civil Rights Act 24 USC

David Lancaster Original Complaint Page 2 of 3

# REQUEST FOR RELIEF

Plaintiff  requests this court to declare the following:

1.    David Lancaster who is a defendant in (2018C50176) has motioned the Office of (your Judge) for a fair trail.

2.    The Office of (your Judge) has denied David Lancaster a fair trail in open court.

3.    By denying David Lancaster a fair trail, the Office pf (your judge) has violated David Lancaster protected civil rights, and the Office of (your Judge) has violated the Civil Rights Act of 1963.

4.    The Office of Eric Holder has duty to withhold all federal funds from the Office of (your Judge)

I, David Lancaster, certify the for going to be correct and true under penalty of perjury of the laws of the State of Colorado also stated under the authority of 28 USC 1746,

Date _____                    _____
                                                David Lancaster

David Lancaster Original Complaint Page 3 of 3